Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

A&J MANUFACTURING, LLC AND A&J MANUFACUTRING, INC  v.  UNITED STATES INTERNATIONAL TRADE COMMISSION

No. 15-1494

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:  A&J MANUFACTURING, LLC AND A&J MANUFACTURING, INC.
                                    Name of party

I am, or the party I represent is (select one):

[✓] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Lance Reich |
| Law firm: | MILLER NASH GRAHAM & DUNN LLP |
| Address: | 2801 Alaskan Way, Suite 300 |
| City, State and ZIP: | Seattle, Washington 98121 |
| Telephone: | 206.624.8300 |
| Fax #: | 206.340.9599 |
| E-mail address: | lance.reich@millernash.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

April 7, 2015
Date

_____
Signature of pro se or counsel

cc: _____

123

70009190

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance of Lance Reich was served as indicated to the parties listed below, this 8th day of April, 2015.

| | |
|---|---|
| Cathy Chen, Esq           . | VIA ELECTRONIC MAIL |
| Wayne W. Herrington | (Cathy.Chen@usitc.gov) |
| Office of the General Counsel | (wayne.herrington@usitc.gov) |
| U.S. International Trade Commission | |
| 500 E. Street, SW, Room 119 | |
| Washington DC 20436 | |

**COUNSEL FOR RESPONDENTS CHAR-BROIL, LLC,**
**AND Zhejiang Fudeer Electric Appliance Co., Ltd:**

| | |
|---|---|
| Jeffrey M. Telep | VIA ELECTRONIC MAIL |
| King & Spalding LLP | (WCB895ITC@kslaw.com) |
| 1700 Pennsylvania Avenue, NW | (Fudeer895ITC@kslaw.com) |
| Washington, DC 20006 | |

**COUNSEL FOR RESPONDENT ACADEMY Ltd. d/b/a Academy Sports+ Outdoors and Ningbo Huige Outdoor Products, Col., Ltd.**

| | |
|---|---|
| James B. Coughlan | VIA ELECTRONIC MAIL |
| PERKINS COIE LLP | (Academy-ITC@perkinscoie.com) |
| 700 Thirteenth Street, NW, Suite 600 | |
| Washington, DC 20005 | |

**Counsel for Respondent The Brinkmann Corporation**

| | |
|---|---|
| Gary Clark | VIA ELECTRONIC MAIL |
| Sheppard, Mullin, Richter & | (BrinkmannITC895@sheppardmullin.com |
|         Hampton LLP | |
| 333 South Hope Street, 43rd Floor | |
| Los Angeles, CA  90071-1422 | |

**Counsel for Respondents Outdoor Leisure Products, Inc.**
**and Dongguan Kingsun Enterprises Co., Ltd.**

| | |
|---|---|
| Michael R. Dzwonczyk | VIA ELECTRONIC MAIL |
| Sughrue Mion PLLC | (L10804@sughrue.com) |
| 2100 Pennsylvania Ave, NW, Suite 800 | |
| Washington, DC 20037 | |

                                                  */s/ Lance D. Reich*
Lance D. Reich
MILLER NASH GRAHAM & DUNN
2801 Alaskan Way, Suite 300
Seattle, WA 98121
Telephone:  (206) 624-8300
Facsimile:   (206) 340-9599

70018249.2