Form 8

FORM 8. Entry of Appearance

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

A&J Manufacturing, LLC et al.  v.  US International Trade Commission

No. 15-1494

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:  A&J Manufacturing, LLC; A&J Manufacturing, Inc.
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner  ☐ Respondent  ☐ Amicus curiae  ☐ Cross Appellant
☑ Appellant   ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Lance D. Reich |
| Law firm: | HAN SANTOS, PLLC |
| Address: | 1411 4th Avenue, Suite 760 |
| City, State and ZIP: | Seattle, WA 98101 |
| Telephone: | (206) 489-2648 |
| Fax #: | (425) 374-0921 |
| E-mail address: | lance@hansantos.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1995

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes  ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| June 25, 2015 | /s/ Lance D. Reich |
| Date | Signature of pro se or counsel |

cc: _____

123

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing **CORRECTED ENTRY OF APPEARANCE** was served to the parties in Case No. 15-1494, in the manner indicated below, this 25th day of June, 2015.

| *Counsel for Appellee United States International Trade Commission* ||
|---|---|
| Cathy Chen, Esq.<br>Wayne W. Herrington, Esq.<br>Assistant General Counsel,<br>International Trade Commission<br>Office of the General Counsel<br>U.S. International Trade Commission<br>500 E. Street, SW, Room 119<br>Washington DC 20436 | VIA ELECTRONIC MAIL<br>cathy.chen@usitc.gov<br>wayne.herrington@usitc.gov<br>agclitigation.ogc@usitc.gov |

| *Counsel for Intervenor Char-Broil, LLC* ||
|---|---|
| John W. Harbin, Esq.<br>Meunier Carlin & Curfman, LLC<br>999 Peachtree Street, N.E., Ste. 1300<br>Atlanta, Georgia 30309 | Via Electronic Mail:<br>jharbin@mcciplaw.com |

| *Counsel for Intervenor Outdoor Leisure Products, Inc.* ||
|---|---|
| Michael R. Dzwonczyk<br>Brian K. Shelton<br>Mark Boland<br>Sughrue Mion, PLLC<br>2100 Pennsylvania Avenue, NW Suite 800<br>Washington, DC 20037 | Via Electronic Mail:<br>L10804@sughrue.com |

| *Counsel for Intervenor The Brinkmann Corporation.* ||
|---|---|
| Gary A. Clark<br>Bridgette A. Agness<br>Andrew T. Kim<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>333 South Hope Street<br>43rd Floor<br>Los Angeles, CA 90071 | Via Electronic Mail:<br>gclark@shappardmullin.com |

| *Counsel for Appellant A&J Manufacturing, LLC, et al.* ||
| --- | --- |
| Robert J. Carlson<br>LEE & HAYES, PLLC<br>701 Pike Street, Suite 1600<br>Seattle, WA 98101 | Via Electronic Mail:<br>carlson@leehayes.com |

Dated: June 25, 2015

/s/ Lance D. Reich
Lance D. Reich
HAN & SANTOS, PLLC
1411 4th Ave., Suite 760
Seattle, WA 98101
Telephone:(206) 489-2648
Facsimile: (425) 374-0921
lance@hansantos.com

*Principal Counsel for Appellants A&J Manufacturing, LLC and A&J Manufacturing, Inc.*