NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**A&J MANUFACTURING, LLC, A&J MANUFACTURING, INC.,**
*Appellants*

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**CHAR-BROIL, LLC, OUTDOOR LEISURE PRODUCTS, INC., THE BRINKMANN CORPORATION,**
*Intervenors*

---

2015-1494

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-895.

-------------------------------------------------------------------------------

**THE BRINKMANN CORPORATION,**
*Appellant*

v.

**UNITED STATES INTERNATIONAL TRADE**

**COMMISSION,**
*Appellee*

**A&J MANUFACTURING, LLC, A&J MANUFACTURING, INC.,**
*Intervenors*

---

2015-1751

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-895.

---

### O R D E R

The above captioned appeals are related, and the parties move jointly for companion case treatment and to modify the briefing schedule such that both opening briefs are due September 16, 2015. A&J Manufacturing, LLC and A&J Manufacturing, Inc. (collectively, "A&J") move unopposed for leave to intervene in 2015-1751.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for companion case treatment is granted. The appeals will be considered companion cases and assigned the same merits panel. The opening brief in each appeal is due no later than September 16, 2015.

(2) A&J's motion for leave to intervene is granted. The revised official caption in 2015-1751 is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31