No. 2015-1494

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

A&J MANUFACTURING, LLC, and A&J MANUFACTURING, INC.,
*Appellants*,

v.

UNITED STATES INTERNATIONAL TRADE COMMISSION,
*Appellee*,

and

CHAR-BROIL, LLC,

OUTDOOR LEISURE PRODUCTS, INC., and

THE BRINKMANN CORPORATION
*Intervenors*.

Appeal from the United States International Trade Commission in *Certain Multiple Mode Outdoor Grills and Parts Thereof*, Investigation No. 337-TA-895

**UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME
TO FILE APPELLANTS' PRINCIPAL BRIEF**

Appellants A&J Manufacturing, LLC and A&J Manufacturing, Inc. ("A&J"), pursuant to Federal Rule of Appellate Procedure 27 and Federal Circuit Rules 27 and 26(b), respectfully move for a 14-day extension of the deadline for submission of A&J's Principal Brief.

A&J's Principal Brief is currently due on September 16, 2015. Dkt. No. 56 at 2. A&J requests an additional 14 days for A&J to file its Principal Brief, until

September 30, 2015. Counsel for A&J is preparing the Appendix required by Federal Rule of Appellate Procedure 30. Counsel's law firm is working with an outside commercial firm to marshal documents and prepare an appropriate Joint Appendix for use in the present appeal and the companion appeal, No. 15-1751. However, counsel and the paralegal firm have encountered unanticipated delays in marshaling a significant number of documents and preparing the necessary electronic documents to develop a working joint appendix. An additional 14-day period will allow A&J to prepare the necessary working appendix in order to provide accurate citation to the Joint Appendix in its Principal Brief.

No previous extensions of time have been granted in this appeal. A&J does note, however, that the original filing date for the Principal Brief was moved to September 16, 2015, from July 9, 2015, per the Order of the Court treating cases 15-1494 and 15-1571 as companion cases. Dkt. No. 56.

Counsel for A&J has discussed this extension of time with counsel for the appellee, the International Trade Commission, and also counsel for intervenors The Brinkmann Corporation, Char-Broil, LLC and Outdoor Leisure Products, Inc., who have all indicated that they will not oppose this motion.

Wherefore, good cause having been shown, A&J respectfully requests a 14-day extension of the deadline to file its Principal Brief on September 30, 2015.

Date: <u>September 9, 2015</u>     Respectfully submitted,

<div style="margin-left: 3em;">

<u>/s/Lance D. Reich</u>
Lance D. Reich
HAN SANTOS REICH, PLLC
1411 4th Ave., Suite 760
Seattle, WA  98101
Telephone:  (206) 489-2648
Facsimile:   (425) 374-0921
lance@hansantos.com

*Principal Counsel for A&J Manufacturing, LLC and A&J Manufacturing, Inc.*

Robert J. Carlson, Esq.
LEE & HAYES, PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
Telephone:  (206) 315-4001
Facsimile:   (206) 315-4004

*Counsel for A&J Manufacturing, LLC and A&J Manufacturing, Inc.*

</div>

# CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF, was served to the parties in the manner indicated below, this 9th day of September, 2015.

| *Counsel for Appellee United States International Trade Commission* | |
|---|---|
| Cathy Chen, Esq.<br>Wayne W. Herrington, Esq.<br>Assistant General Counsel,<br>International Trade Commission<br>Office of the General Counsel<br>U.S. International Trade Commission<br>500 E. Street, SW, Room 119<br>Washington DC 20436 | VIA ELECTRONIC MAIL<br>cathy.chen@usitc.gov<br>wayne.herrington@usitc.gov<br>agclitigation.ogc@usitc.gov |

| *Counsel for* **Char-Broil, LLC** | |
|---|---|
| John W. Harbin, Esq.<br>Meunier Carlin & Curfman, LLC<br>999 Peachtree Street, N.E., Ste. 1300<br>Atlanta, Georgia 30309 | Via Electronic Mail:<br>jharbin@mcciplaw.com |

| *Counsel for* **The Brinkmann Corporation** | |
|---|---|
| Gary A. Clark, Esq.<br>Bridgette A. Agness, Esq.<br>Andrew T. Kim, Esq.<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 South Hope Street<br>Los Angeles, CA 90071 | Via Electronic Mail:<br>gclark@sheppardmullin.com |
| *Counsel for* **Outdoor Leisure Products** | |
| Michael R. Dzwonczyk<br>Brian K. Shelton<br>Mark Boland<br>SUGHRUE MION, PLLC<br>2100 Pennsylvania Ave. NW<br>Washington, DC 20037 | Via Electronic Mail:<br>mdzwonczyk@sughrue.com |

Dated: <u>September 9, 2015</u>       /s/Lance D. Reich
Lance D. Reich
HAN SANTOS REICH, PLLC
1411 4th Ave., Suite 760
Seattle, WA  98101
Telephone:  (206) 489-2648
Facsimile:   (425) 374-0921
lance@hansantos.com

*Principal Counsel for A&J Manufacturing, LLC and A&J Manufacturing, Inc.*