NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**A&J MANUFACTURING, LLC, A&J MANUFACTURING, INC.,**
*Appellants*

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**CHAR-BROIL, LLC, OUTDOOR LEISURE PRODUCTS, INC., THE BRINKMANN CORPORATION,**
*Intervenors*

---

2015-1494

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-895.

-------------------------------------------------------------------------------

**THE BRINKMANN CORPORATION,**
*Appellant*

v.

**UNITED STATES INTERNATIONAL TRADE**

**COMMISSION,**
*Appellee*

**A&J MANUFACTURING, LLC, A&J MANUFACTURING, INC.,**
*Intervenors*

---

2015-1751

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-895.

---

## O R D E R

Upon consideration of this court's September 17, 2015 order denying A&J Manufacturing, LLC and A&J Manufacturing, Inc.'s motion to dismiss 2015-1751,

IT IS ORDERED THAT:

The opening brief in each appeal is due no later than 30 days from the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31