NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**A&J MANUFACTURING, LLC, A&J MANUFACTURING, INC.,**
*Appellants*

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**CHAR-BROIL, LLC, OUTDOOR LEISURE PRODUCTS, INC.,**
*Intervenors*

**OUTDOOR DIRECT CORPORATION,**
*Third-Party*

---

2015-1494

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-895.

-------------------------------------------------------------------------------

**OUTDOOR DIRECT CORPORATION,**
*Appellant*

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**A&J MANUFACTURING, LLC, A&J MANUFACTURING, INC.,**
*Intervenors*

---

2015-1751

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-895.

---

## O R D E R

As a result of a settlement agreement, the parties move to dismiss Appeal No. 2015-1751 and for Outdoor Direct Corporation to withdraw as an intervenor in the appeal of A&J Manufacturing, LLC and A&J Manufacturing, Inc. (collectively, "A&J Manufacturing"), Appeal No. 2015-1494.  Both A&J Manufacturing and the United States International Trade Commission move unopposed to lift the stay of A&J Manufacturing's appeal and to set a briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss 2015-1751 is granted. Appeal No. 2015-1751 is dismissed.  Each side shall bear its own costs in 2015-1751.

(2) The motion to withdraw Outdoor Direct as intervenor in 2015-1494 is granted.  The revised official caption in 2015-1494 is reflected above.

(3) A&J Manufacturing's motion is granted. The stay is lifted. A&J Manufacturing's opening brief in Appeal No. 2015-1494 is due within 30 days from the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31

ISSUED AS A MANDATE (as to 2015-1751 only):

December 22, 2015